## Certificate of Service

  I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents to be served on all parties on the clerk's service list through the CM/ECF system.

Date: December 4, 2023            /s/ Michael A. Cibik
                          Michael A. Cibik