*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Edward C. Tomaszewski | ) | Case No. 23–13357–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 12/6/23, this case is hereby DISMISSED.

**Date: December 29, 2023**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2 – If Applicable
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities