United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                          Case No. 23-13357-amc
Edward C. Tomaszewski                                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                      Page 1 of 3
Date Rcvd: Dec 29, 2023                            Form ID: pdf900                                  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edward C. Tomaszewski, 2724 E Allegheny Ave, Philadelphia, PA 19134-5916 |
| 14831172 | + | Nationstar Mortgage LLC, C/O Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14830659 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14830661 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14830662 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14830665 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14830667 | + | Washington Savings Bank, 2701 E Allegheny Ave, Philadelphia, PA 19134-5991 |
| 14830668 | | William Penn Bank, 201 Pond St, Bristol, PA 19007-4922 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 29 2023 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2023 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Dec 29 2023 23:27:39 | Nationstar Mortgage LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14830651 | | Email/PDF: bncnotices@becket-lee.com | Dec 30 2023 02:20:39 | American Express, Attn: Bankruptcy, 200 Vesey St, New York, NY 10285-1000 |
| 14830654 | | Email/Text: megan.harper@phila.gov | Dec 29 2023 23:32:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14830652 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 29 2023 23:38:12 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14839079 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 29 2023 23:38:15 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14830653 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 29 2023 23:38:12 | Citibank N.A., Mail Code 451, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14830655 | | Email/Text: bankruptcy@philapark.org | Dec 29 2023 23:32:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14830656 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 29 2023 23:32:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14830657 | | Email/Text: ml-ebn@missionlane.com | Dec 29 2023 23:32:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2023 | Form ID: pdf900 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 14830550 | + | Email/Text: EBN@brockandscott.com | Dec 29 2023 23:32:00 | Mr. Cooper, c/o Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14830551 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 29 2023 23:32:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14830658 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 29 2023 23:32:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14830660 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 29 2023 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14830663 | + | Email/Text: bankruptcy@philapark.org | Dec 29 2023 23:32:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14830664 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 29 2023 23:38:11 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14830666 | ^ | MEBN | Dec 29 2023 23:27:36 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW K. FISSEL | on behalf of Creditor NATIONSTAR MORTGAGE LLC wbecf@brockandscott.com matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward C. Tomaszewski mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Dec 29, 2023 Form ID: pdf900 Total Noticed: 26
TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Edward C. Tomaszewski  )  Case No. 23−13357−amc
   )
   )
   Debtor(s).  )  Chapter: 13
   )
   )

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 12/6/23, this case is hereby DISMISSED.

**Date: December 29, 2023**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure
Chapter 13 Statement of Your Current Monthly Income
and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C−2 − If Applicable
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities